FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0675

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0675

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JESUS VILLANUEVA,

      Defendant and Appellant.

_____

ORDER

_____

Before the Court is the application of Nancy G. Schwartz, attorney of record for Appellant/Defendant, for a 30-day extension within which to prepare, file and serve Appellant's opening brief in the above-entitled matter.

Good cause appearing, Appellant's opening brief is due on September 29, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2020